UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILLIAMS, Jr., <br> Petitioner, <br> v. <br> M.E. SPEARMAN, Warden, <br> Respondent. | No. 2:19-cv-00379 KJM GGH P <br><br> ORDER |

Petitioner has filed a response to the court's June 25, 2019 order to show cause requesting a 30-day extension to respond to the order. ECF No. 14. However, the court will construe this request as a 30-day extension of time to file an opposition to the pending motion to dismiss. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 14) is granted; and

2. Petitioner shall file an opposition, or statement of non-opposition, within thirty days from the date of this order.

Dated: July 19, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE