UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILLIAMS, Jr., <br> Petitioner, <br> v. <br> M.E. SPEARMAN, Warden, <br> Respondent. | No. 2:19-cv-00379 KJM GGH P <br><br> ORDER |

Petitioner has filed his second request for an extension of time to file and serve a response to the June 25, 2019 order to show cause. Petitioner was ordered to show cause why this matter should not be dismissed for failure to prosecute based on his failure to file an opposition, or statement of non-opposition to respondent's motion to dismiss within the requisite deadline. ECF No. 13. Good cause appearing, the motion for an extension of time will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 16) is granted; and

////
////
////
////

2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition or statement of non-opposition, to respondent's motion to dismiss filed on May 9, 2019. No further extensions of time will be granted.

Dated: August 27, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE