UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WILLIAMS, Jr., | No. 2:19-cv-00379 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Petitioner has filed a motion for reconsideration of the undersigned's denial of his third motion for extension of time to file his opposition to respondent's motion to dismiss. ECF No. 20. It appears this motion is directed to the undersigned for reconsideration as oppose to the assigned district judge. In the case that the petitioner seeks reconsideration by the undersigned, the court denies the motion as moot due to petitioner's filing of his opposition. See ECF No. 21. As appropriately interpreted by the respondent in his reply, petitioner's "request for factual development" is appropriately construed as an opposition to respondent's motion to dismiss. See ECF No. 21, 22 (Reply). Accordingly, the motion to dismiss is deemed fully submitted on the papers.

////

////

////

1

| | |
|---|---|
| 1 | In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion for reconsideration (ECF No. 20) is denied as moot. |

In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion for reconsideration (ECF No. 20) is denied as moot.

Dated: November 4, 2019

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE